# EXHIBIT "B"

**Statement of Work**

**December 14, 2022**

This Statement of Work ("**SOW**") is issued under the terms and conditions of the Framework Consulting Agreement dated November 29, 2022 (the **"Agreement"**) signed between BB8 LLC (the **"Company"**) and Glorium Technologies Corp (the **"Consultant"**), hereinafter collectively referred as to the "Parties". The terms of the Agreement are incorporated into this SOW as if fully recited herein and any references hereunder to the Agreement shall be deemed to mean collectively both the Agreement and this SOW.

1. **Description of Services (the "Services")**

Software development requirements creation, technical solutions planning, UI/UX wireframing and consulting under the guidance, and direction of the Company.

**Start Date:**           On or about **December 14**, **2022**

**End Date:**             On or about **May 19th, 2023,** 3-week advance notice is required by either party to end this SOW.

2. **Payment Terms**

The Parties have agreed on the following rates for the Consultant's resources:

| Resource | Average working hours, per day | Rate, per hour |
| --- | --- | --- |
| Senior Developer | 8 (full time) | $60 |
| Middle Developer | 8 (full time) | $50 |
| Project manager | Up to 4 (part time) | $45 |
| Business Analyst | Up to 4 (part time) | $55 |
| UI/UX Designer | Up to 4 (part time) | $39 |
| DevOps | Up to 4 (part time) | $65 |
| QA Manual | Up to 4 (part time) | $39 |

The actual fees will be calculated based on actual resource usage toward the provided Estimate of hours:

The following feature schedule is intended to demonstrate the methodology by which the parties calculated the total Payment Schedule, as identified in Section 3.a. of the Agreement. The parties expressly agree that the "optimistic" and "realistic" prices and hours reflected in the following feature schedule are not intended to create an ambiguity but are included in this Agreement for the purpose of demonstrating a range of hours by which the identified tasks may be accomplished, and the resulting price for each discrete task depending on the actual resource usage and hours worked by Consultant. The parties further expressly agree that the total payments from Company to Consultant may be less than, but in no event will total payments exceed, $150,000 for the Services under this SOW including all discrete tasks identified herein.

| Feature | Back-end | | Front-end | |
|---|---|---|---|---|
| | *Optimistic* | *Realistic* | *Optimistic* | *Realistic* |
| | hours | hours | hours | hours |
| Set up the project | 8 | 16 | 8 | 16 |
| System architecture development | 16 | 24 | 8 | 12 |
| Roles and Permissions<br>Including External "Client" Role | 16 | 24 | 8 | 12 |
| Login (auth) | 8 | 16 | 16 | 24 |
| Display the list of Accounts | 8 | 10 | 12 | 20 |
| Filter Accounts by status | 2 | 4 | 8 | 12 |
| Create new account record (manually) | 8 | 12 | 4 | 6 |
| Read + Edit patient record (Patient) | 4 | 8 | 16 | 24 |
| Read Account record (Incident)<br>Including limited information "Client" View | 4 | 8 | 24 | 32 |
| Edit Account record (Incident) | 8 | 16 | 16 | 24 |
| Add/Edit/Delete comment to Account record | 8 | 12 | 8 | 16 |
| Read + Edit Account record (Insurance + Attorney) | 10 | 20 | 24 | 32 |
| Read Account record (Account)<br>Including limited information "Client" View | 8 | 16 | 16 | 24 |
| **> Edit Account record (Account)** | | | | |
| Store/Remove Bill, Medical record | 6 | 10 | 4 | 8 |
| Match/Unmatch payments | 24 | 32 | 16 | 24 |
| Link account to incident | 16 | 24 | 16 | 24 |
| Account status management | 4 | 8 | 6 | 12 |
| Update account and regenerate Lien | 20 | 40 | 16 | 24 |
| Fax documents | 80 | 120 | 8 | 16 |
| Read + Edit Account record (Call History)<br>Including limited information "Client" View | 8 | 12 | 8 | 16 |
| Read + Edit Account record (History)<br>Including limited information "Client" View | 10 | 16 | 8 | 16 |

| | | | | |
|---|---|---|---|---|
| Change Account status (workflow sequence) | 8 | 16 | 4 | 8 |
| Link/Unlink Incidents under 1 Patient | 8 | 16 | 8 | 16 |
| Link/Unlink Incidents as related | 8 | 16 | 8 | 16 |
| Import multiple accounts from batch (3 different file formats) | 32 | 64 | 10 | 16 |
| Display + Filter the list of Liens | 8 | 16 | 12 | 16 |
| Create new payment record (manually) | 8 | 16 | 8 | 16 |
| Import multiple payments from batch (3 hospital format) | 32 | 64 | 10 | 16 |
| Display + Filter the list of Payments | 8 | 16 | 12 | 16 |
| Manage available functionality according to assigned roles | 4 | 8 | 16 | 32 |
| **> Export - the list of data files to export/reports** | | | | |
| Generated reports list (with execution status, for async tasks) | 12 | 24 | 12 | 24 |
| Reconciliation report | 24 | 40 | 16 | 32 |
| Return report (2 templates) | 8 | 16 | 8 | 16 |
| Notes report (2 templates) | 8 | 16 | 4 | 8 |
| Account recoveries (1 template) | 8 | 16 | 4 | 8 |
| Lien report (1 template) | 8 | 16 | 4 | 8 |
| Performance report (1 template) | 16 | 24 | 4 | 8 |
| (Internal) Open account inventory<br>Including limited "Client" View | 24 | 32 | 4 | 8 |
| (Internal) Open liens inventory<br>Including limited "Client" View | 24 | 32 | 4 | 8 |
| (Internal) Timely filing<br>Including limited "Client" View | 24 | 32 | 4 | 8 |
| Admin - Manage users | 16 | 24 | 16 | 24 |
| Admin - Manage Insurance companies | 8 | 16 | 16 | 24 |
| Admin - Manage Attorneys | 8 | 16 | 16 | 24 |
| **Total** | **540** | **920** | **426** | **706** |

|  | *Optimistic* | *Realistic* | *Optimistic* | *Realistic* | *Rate per hour* |
|---|---|---|---|---|---|
| **Total Development, hours** | 580 | 984 | 450 | 746 | $55.0 |
| **Total QA, hours** | 193 | 328 | 150 | 249 | $39.0 |
| **Total PM, hours** | 145 | 246 | 113 | 187 | $45.0 |
| **DevOps, hours** | 0 | 0 | 0 | 0 | $65.0 |
| **Business Analyst, hours** | 193 | 328 | 150 | 249 | $55.0 |
| **UI/UX Design, hours** | 320 | 380 |  |  | $39.0 |

| **Total development, $** | $31,900 | $54,120 | $24,750 | $41,030 |
|---|---|---|---|---|
| **Total QA, $** | $7,540 | $12,792 | $5,850 | $9,698 |
| **Total PM, $** | $6,525 | $11,070 | $5,063 | $8,393 |
| **Total DevOps, $** | $0 | $0 | $0 | $0 |
| **Total BA, $** | $10,633 | $18,040 | $8,250 | $13,677 |
| **Total UI/UX Design, $** | $12,480 | $14,820 | $0 | $0 |

|  | *Optimistic\** | *Realistic\*\** |
|---|---|---|
| **Grand total, $** | $112,991 | $183,639 |

*The "Optimistic" efforts/costs represent a "sunny day" scenario with the following assumptions:

- The client has fully communicated the requirements and their understanding is the same by both sides;
- The requirements are going to be implemented using the minimalistic approach to save as much development/testing time as possible.

** Although the term "Realistic" is included in this SOW, it is being used on an informational basis only.  The Parties agree that usage of the term "Realistic "throughout this SOW is not to be interpreted in any way as to eliminate the maximum payment amount articulated in Section 3.a of this Agreement.  For example, in the event that the work needed is the "Realistic" grand total amount of $183,639.00, under the terms of Section 3.a.of this Agreement, Consultant will bill Company no more than the total amount of $150,000.00 for the work contemplated in this SOW.

The "Realistic" efforts/costs represent a more real-world development scenario.

- Factors in the buffers for the requirement definition/communication process imperfections into the efforts;
- Assumes a certain gap in the requirement understanding by both sides;
- Assumes a normal (market standard) quality approach to the development.
- DOES NOT represent a conservative scenario, or in any respect a full and final cost of the project.

3. **Other Terms**

Parties agreed that the initial team composition to start the project is as following: 1 full-time Senior developer, 1 full-time Middle developer, 1 part-time PM, 1 part-time BA, 1 part-time UI/UX designer, 1 part-time DevOps, 1 part-time Manual QA.

**Payment Schedule:**
   a. Total payments according to the terms of this Agreement are capped at $150,000.00 total for this SOW. In the event of ambiguities, conflicts, or inconsistencies between or among any of the provisions of this SOW, the provisions of this Section 3.a. shall govern and control.
   b. Consultant will provide at least one-month advance notice if estimated work will approach the $150,000 cap for this SOW and provide a detailed status on deliverables.
   c. The parties may, upon separate written agreement, contract for the performance of work not contemplated by this SOW for additional compensation to the Consultant.

Because of the changing nature of the collaboration and top-level scope definition at the moment of this SOW signing, the Parties understand that the Consultant's skills and resources shall change as directed in writing by the Company, with at least three weeks advance notice to the Consultant.

| BB8 LLC | Glorium Technologies Corp |
|---|---|
| By: *Yuli Gu* (DocuSigned by: AB8376C626B0489...) | By: *Andrei Kasyanau* (DocuSigned by: D408DA11E741423...) |
| Name: Yuli Gu | Name: Andrei Kasyanau |
| Title: Owner | Title: CEO |
| Date: 12/27/2022 | Date: 12/28/2022 |