# EXHIBIT "C"



**Glorium Technologies Corp**
100 Overlook Center 2nd floor
Princeton, NJ  08540 US
(888) 354-0883
billing@gloriumtech.com
http://glorium.com

# INVOICE

**BILL TO**
BB8 LLC
1528 W Warm Springs Rd
#120
Henderson , NV, 89014
USA

**INVOICE #**  GlOR630
**DATE**  Apr 04, 2023
**DUE DATE**  Apr 19, 2023
**TERMS**  15days

**BILLING PERIOD**
Mar 01, 2023 - Mar 31, 2023

| ITEM | QUANTITY | RATE | UNIT | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|
| **Outriders Solutions** | | | | | |
| QA Manual, Oleksii Verevkin | 88 | $39.00 | hour | $0.00 | $3,432.00 |
| Project manager, Oleksii Yelizarenko | 48 | $45.00 | hour | $0.00 | $2,160.00 |
| Senior Developer, Yevhen Bulbakh | 136 | $60.00 | hour | $0.00 | $8,160.00 |
| UI/UX Designer, Oleh Liutenko | 88 | $39.00 | hour | $0.00 | $3,432.00 |
| Business Analyst, Pavlo Zrazhevskyi | 39 | $55.00 | hour | $0.00 | $2,145.00 |
| Middle Developer, Aliaksei Zlobin | 184 | $50.00 | hour | $0.00 | $9,200.00 |
| Project manager, Oleksii Zolin | 20 | $45.00 | hour | $0.00 | $900.00 |
| Subtotal: | | | | | $29,429.00 |

Please remit your payment by check at the address shown in the header, or electronically using the information below:

**BALANCE DUE**  **$29,429.00**

Beneficiary Bank:
Name: Bank of America
Address: 555 California
San Francisco, CA 94104
SWIFT: BOFAUS3N
Account number: 381030888270
Routing number for electronic payment: 021200339
Routing number for wire transfer: 026009593