# EXHIBIT "D"



**Glorium Technologies Corp**
100 Overlook Center 2nd floor
Princeton, NJ  08540 US
(888) 354-0883
billing@gloriumtech.com
http://glorium.com

# INVOICE

**BILL TO**
BB8 LLC
1528 W Warm Springs Rd
#120
Henderson , NV, 89014
USA

| | |
|---|---|
| **INVOICE #** | GlOR666 |
| **DATE** | May 04, 2023 |
| **DUE DATE** | May 19, 2023 |
| **TERMS** | 15days |

**BILLING PERIOD**
Apr 01, 2023 - Apr 30, 2023

| ITEM | QUANTITY | RATE | UNIT | DISCOUNT | AMOUNT |
|---|---|---|---|---|---|
| **Outriders Solutions** | | | | | |
| Project manager, Oleksii Zolin | 76 | $45.00 | hour | $0.00 | $3,420.00 |
| QA Manual, Oleksii Verevkin | 76 | $39.00 | hour | $0.00 | $2,964.00 |
| Middle Developer, Aliaksei Zlobin | 144 | $50.00 | hour | $0.00 | $7,200.00 |
| Senior Developer, Yevhen Bulbakh | 152 | $60.00 | hour | $0.00 | $9,120.00 |
| UI/UX Designer, Oleh Liutenko | 46 | $39.00 | hour | $0.00 | $1,794.00 |
| Business Analyst, Pavlo Zrazhevskyi | 54 | $55.00 | hour | $0.00 | $2,970.00 |
| Subtotal: | | | | | $27,468.00 |

Please remit your payment by check at the address shown in the header, or electronically using the information below:

**BALANCE DUE**   **$27,468.00**

Beneficiary Bank:
Name: Bank of America
Address: 555 California
San Francisco, CA 94104
SWIFT: BOFAUS3N
Account number: 381030888270
Routing number for electronic payment: 021200339
Routing number for wire transfer: 026009593