# EXHIBIT "E"

**Jeffrey Harris (AAC)**

| | |
|---|---|
| **From:** | Maksym Rud <maksym.rud@gloriumtech.com> |
| **Sent:** | Monday, July 3, 2023 3:16 AM |
| **To:** | yuli.gu@bb8inc.com |
| **Cc:** | john@outridersolutions.com |
| **Subject:** | Settlement default |

Dear
Yuli Gu, John

My name is Maksym Rud. I work on legal/collection cases for Glorium Technologies and I have been tasked with recovering an outstanding debt from your company.

We are forced to return to the discussion of the existing debt of BB8 LLC to our company.

If we do not receive a transfer to our account within 10 working days, we will take further procedural steps by engaging a lawyer to collect the debt. The debtor will have to bear the inflationary costs, legal costs, court costs and other costs of this process. We would really like to avoid this.

Please consider this letter an official complaint as a last attempt to resolve our financial dispute in a pre-trial manner.

We look forward to hearing from you. We hope that you will make the best possible decision.

Our bank information

Beneficiary Bank:
Name: Bank of America
Address: 555 California St
San Francisco, CA 94104
SWIFT: BOFAUS3N
Account number: 381030888270
Routing number for wire transfer: 026009593
Electronic (for Direct Deposit and Automatic Payments) 021200339

With our best wishes,

Glorium Technologies

Maksym Rud