1  **LOREN S. YOUNG, ESQ**.
   Nevada Bar No. 7567
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   7670 W. Lake Mead Blvd., Suite 200
3  Las Vegas, Nevada 89128
   Telephone:    (702) 257-1997
4  Facsimile:    (702) 257-2203
   lyoung@lgclawoffice.com
5
   **JEFFREY D. HARRIS, ESQ.** Admitted *Pro Hac Vice*
6  Arizona Bar No. 031136
   **AXIOM ADVICE & COUNSEL LLC**
7  2850 East Camelback Road, Suite 245
   Phoenix, Arizona 85016
8  Telephone:    (480) 697-4472
   jeffrey.harris@xaiomaac.com
9
   *Attorneys for Plaintiff,*
10 *Glorium Technologies Corp.*

## UNITED STATES OF DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Glorium Technologies Corp., a New Jersey corporation, | Case Number: 2:24-cv-00712-JAD-EJY |
| Plaintiff, | **STIPULATION TO STAY DISCOVERY FOR 30 DAYS** |
| v. | |
| BB8, LLC, a Nevada limited liability company, | Complaint filed: April 12, 2024 |
| Defendant. | Trial date: Not set |
| BB8, LLC, a Nevada limited liability company, | |
| Counterclaimant, | |
| v. | |
| Glorium Technologies Corp., a New Jersey corporation, | |
| Counterclaim Defendant. | |

The parties, by undersigned counsel, hereby stipulate to a 30-day stay of discovery, through **August 15, 2024**. Per this Court's minute entry dated July 3, 2024 [Doc. 20], the parties were ordered to, no later than July 17, 2024, either file a joint proposed discovery plan and scheduling order or file a stipulation to stay discovery. Due to the recent motion to dismiss [Motion: Docs. 11 and 11-1;

-1-

Opposition: Docs. 13 and 14; Reply: Doc. 19], the parties agree that judicial economy is best served by allowing the parties to continue to prepare their own initial disclosures before engaging in substantive discovery.

A proposed form of order is filed herewith.

DATED this 16th day of July, 2024.　　　　　　DATED this 16th day of July, 2024.

**LINCOLN, GUSTAFSON & CERCOS, LLP**　　　**BB8, LLC**

*/s/ Loren S. Young*　　　　　　　　　　　　　*/s/ Brandon D. Rusk*

**LOREN S. YOUNG, ESQ.**　　　　　　　　　**BRANDON D. RUSK, ESQ.**
Nevada Bar No. 7567　　　　　　　　　　　　9950 W. Cheyenne Ave.
7670 W. Lake Mead Blvd., Suite 200　　　　　Las Vegas, NV  89129
Las Vegas, Nevada 89128

-and-　　　　　　　　　　　　　　　　　　　-and-

**AXIOM ADVICE & COUNSEL LLC**　　　　**LAW OFFICES OF MATTHEW M. KREMER**

*/s/ Jeffrey D. Harris*　　　　　　　　　　　　*/s/ Matthew M. Kremer*

**JEFFREY D. HARRIS, ESQ.**　　　　　　　　**MATHEW M. KREMER, ESQ.**
(admitted *pro hac vice*)　　　　　　　　　　(admitted *pro hac vice*)
2850 E. Camelback Road, Suite 245　　　　　9111 Cross Park Drive, Ste. D200
Phoenix, AZ  85016　　　　　　　　　　　　Knoxville, TN  37923

*Attorneys for Plaintiff/Counter-defendant Glorium Technologies Corp.*　　　*Attorneys for Defendant/Counterclaimant BB8, LLC*

Pending before the Court is not a stipulation to stay of discovery, but what appears to be a request to extend the due date to exchange initial disclosures (which are always prepared by the individual parties) and submit a discovery plan and scheduling order. A Motion to Dismiss does not effect a stay and the parties' Stipulation does not support a stay under *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 601 (D. Nev. 2011) and *Buckwalter v. Nevada Bd. of Med. Exam'rs*, Case No. 2:10-cv-02034 -KJD-GWF, 2011 WL 841391, at *1 (D. Nev. Mar. 7, 2011).

Accordingly, IT IS HEREBY ORDERED that the Stipulation to Stay (ECF No. 24) is GRANTED to the extent the parties are provided through and including **August 15, 2024** to exchange initial disclosures and submit a joint discovery plan and scheduling order.

IT IS FURTHER ORDERED that to the extent either or both parties wish to stay discovery, they must submit a stipulation or joint motion that demonstrates, under the law and facts of this case, a stay is appropriate.

Dated this 16th day of July, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE