1  **LOREN S. YOUNG, ESQ**.
   Nevada Bar No. 7567
2  **LINCOLN, GUSTAFSON & CERCOS, LLP**
   7670 W. Lake Mead Blvd., Suite 200
3  Las Vegas, Nevada 89128
   Telephone:     (702) 257-1997
4  Facsimile:     (702) 257-2203
   lyoung@lgclawoffice.com
5
   **JEFFREY D. HARRIS, ESQ.** Admitted *Pro Hac Vice*
6  Arizona Bar No. 031136
   **AXIOM ADVICE & COUNSEL LLC**
7  2850 East Camelback Road, Suite 245
   Phoenix, Arizona 85016
8  Telephone:     (480) 697-4472
   jeffrey.harris@xaiomaac.com
9
   *Attorneys for Plaintiff,*
10 *Glorium Technologies Corp.*

UNITED STATES OF DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Glorium Technologies Corp., a New Jersey corporation,<br><br>       Plaintiff,<br><br>v.<br><br>BB8 LLC, a Nevada limited liability company.<br><br>       Defendant. | CASE NO: 2:24-cv-00712-JAD-EJY<br><br>~~PROPOSED~~ **DISCOVERY PLAN AND SCHEDULING ORDER**<br><br>**Submitted in Compliance with LR 26-1(b)**<br><br>**[Special Scheduling Review Requested]** |
| BB8, LLC, a Nevada limited liability company,<br><br>       Counterclaimant,<br><br>v.<br><br>Glorium Technologies Corp., a New Jersey corporation,<br><br>       Counterclaim Defendant. | |

///

-1-

The parties held a scheduling conference under Federal Rule of Civil Procedure 26(f) on August 14, 2024. The parties now submit their proposed discovery plan and scheduling order in compliance with LR 26-1(b).

1. Discovery Cut-Off Date. Plaintiff/Counterclaim Defendant Glorium Technologies Corp. filed its answer [Doc. 27] to Defendant/Counterclaimant BB8 LLC's counterclaim on August 2, 2024, following the Court's granting in part and denying in part of the motion to dismiss filed on June 4, 2024 [Docs. 11 and 11-1]. The discovery cut-off date is **January 29, 2025**.

2. Amending the Pleadings and Adding Parties. The deadline to amend the pleadings and add parties is **October 31, 2024**.

3. Expert and Rebuttal-Expert Disclosures. The deadline to disclose experts is **November 30, 2024**. The deadline to disclose rebuttal experts is **December 30, 2024**.

4. Dispositive Motions. The deadline to file dispositive motions is **February 28, 2025**.

5. Pretrial Order. The deadline to file a pretrial order is **March 30, 2025**.

6. Fed. R. Civ. P. 26(a)(3). The disclosures required by this rule and any objections to them must be included in the joint pretrial order.

7. Alternative Dispute Resolution. The parties certify that they met and conferred about the possibility of using alternative dispute-resolution processes including mediation, arbitration, and if applicable, early neutral evaluation.

8. Alternative Forms of Case Disposition. The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01).

///
///
///
///
///
///
///

9. Electronic Evidence. The parties certify that they discussed whether to present evidence in electronic format to jurors for the purpose of jury deliberations. The parties agreed to produce evidence via electronic format.

IT IS SO STIPULATED.

Dated: August 15, 2024

**LINCOLN, GUSTAFSON & CERCOS, LLP**

/s/ Loren S. Young

**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128

-and-

**AXIOM ADVICE & COUNSEL LLC**

/s/ Jeffrey D. Harris

**JEFFREY D. HARRIS, ESQ.**
(admitted *pro hac vice*)
2850 E. Camelback Road, Suite 245
Phoenix, AZ  85016

*Attorneys for Plaintiff/Counterclaim Defendant Glorium Technologies Corp.*

Dated: August 15, 2024

**BB8 LLC**

/s/ Brandon D. Rusk

**BRANDON D. RUSK, ESQ.**
Nevada Bar No. 16619
9950 W. Cheyenne Ave.
Las Vegas, NV  89129

-and-

**LAW OFFICES OF MATTHEW M. KREMER**

/s/ Matthew M. Kremer

**MATTHEW M. KREMER, ESQ.**
(admitted *pro hac vice*)
9111 Cross Park Drive, Ste. D200
Knoxville, TN  37923

*Attorneys for Defendant/Counterclaimant BB8, LLC*

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated:  August 16, 2024