BRANDON D. RUSK, ESQ.
Nevada Bar No. 16619
E-Mail: ruskbrandon@yahoo.com
9950 W CHEYENNE AVE.
LAS VEGAS, NV 89129
(775) 351 – 6830
MATTHEW M. KREMER, ESQ.
California Bar No. 84625
E-Mail: mmkremerlaw@gmail.com

Attorneys for Defendant/Counterclaimant BB8, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Glorium Technologies Corp.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BB8, LLC,<br><br>　　　　　Defendant.<br><br>BB8, LLC,<br><br>　　　　　Counterclaimant,<br><br>vs.<br><br>Glorium Technologies Corp., DOES 1-10,<br><br>　　　　　Counterclaim Defendants. | Case No. 2:24-cv-00712-JAD-EJY<br><br>**STIPULATION TO EXTEND CERTAIN DISCOVERY DEADLINES AND ORDER THEREON**<br><br>**(First Request)** |

　　　The parties, pursuant to Federal Rule of Civil Procedure 6(b), LR IA 6-1, and [LR 7-2], stipulate extending the remaining deadlines in this matter. This is the first request for the extension of scheduled deadlines. This stipulation and order does not include the deadlines for disclosure of expert witnesses or of rebuttal expert witnesses.

/ / / / /

On January 6, 2025, at a hearing on the Defendant's Motion for Protective Order, the Honorable Elayna J. Youchah established, *inter alia*, the following deadlines for this case:

- Close of discovery (April 30, 2025);
- Filing of dispositive motions (May 30, 2025); and
- Joint pretrial order (June 30, 2025, unless dispositive motions are filed, then 30 days after the decision on dispositive motions)

The parties have stipulated extending the above deadlines by 75 days. The new dates would be as follows:

- Close of discovery: July 14, 2025;
- Filing of dispositive motions: August 13, 2025; and
- Joint pretrial order (September 15, 2025, unless dispositive motions are filed, then 30 days after the decision on dispositive motions)

The parties respectfully submit that this extension is necessary due to the complexity of this case and the ongoing resolution of significant discovery disputes. This case involves intricate factual and legal issues concerning software development, contractual obligations, fraud allegations (including fraud in the inducement as related to the breach of contract action), and the authenticity of Glorium's customer testimonials. Given the extensive volume of documents and electronic records involved, both parties require additional time to review, analyze, and produce the necessary materials to ensure a full and fair discovery process.

Furthermore, the parties have been actively working to resolve multiple discovery disputes, which have impacted the ability to efficiently complete discovery within the existing deadlines. These disputes have already required motion practice and court intervention, including the hearing on January 6, 2025 when the current scheduling dates were ordered. Since then, discovery disputes have arisen, and they are currently in the discussion phase, with no motions yet filed.

Despite ongoing meet-and-confer efforts, additional time is needed to resolve such outstanding issues related to document production, Admissions requests, and interrogatory responses.

Additionally, both parties anticipate the need to conduct depositions of key witnesses, including Glorium's employees and BB8's representatives.

Given the technical nature of the claims and defenses, expert testimony will likely play a critical role, and both parties also require time to conduct expert depositions.

Accordingly, good cause exists for extending the discovery deadlines to allow the parties to complete document discovery, conduct depositions, and address outstanding discovery disputes. The requested extension will facilitate a thorough and fair discovery process without prejudicing either party or unduly delaying the proceedings.

Date:   March 18, 2025

__/s/ Jeffrey D. Harris_____
JEFFREY D. HARRIS, ESQ.
Admitted *Pro Hac Vice*
Arizona Bar No. 031136
**AXIOM ADVICE & COUNSEL**
2850 East Camelback Road, Phoenix, Arizona 85016
480-697-4472
jeffrey.harris@axiomaac.com
*Attorney for Plaintiff/Counterclaim Defendant*

Date:   March 19, 2025

__s.s Matthew M. Kremer_____
MATTHEW M. KREMER, ESQ.
Admitted *Pro Hac Vice*
California Bar No. 84625
9111 Cross Park Drive, Ste. D200
Knoxville, TN 37923 865-459-0022
mmkremerlaw@gmail.com
*Attorney for Defendant/Counterclaimant*

IT IS SO ORDERED.

Date:   March 19, 2025

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

3