MATTHEW M. KREMER, ESQ.
California Bar No. 84625
E-Mail: mmkremerlaw@gmail.com
BRANDON D. RUSK, ESQ.
Nevada Bar No. 16619
E-Mail: ruskbrandon@yahoo.com
9950 W CHEYENNE AVE.
LAS VEGAS, NV 89129
(775) 351 – 6830

Attorneys for Defendant/Counterclaimant BB8, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Glorium Technologies Corp.<br><br>Plaintiff,<br><br>vs.<br><br>BB8, LLC,<br><br>Defendant. | Case No. 2:24-cv-00712-JAD-EJY |
| BB8, LLC,<br><br>Counterclaimant,<br><br>vs.<br><br>Glorium Technologies Corp., DOES 1-10,<br><br>Counterclaim Defendants. | **STIPULATION AND ORDER RESOLVING DEFENDANT BB8, LLC'S MOTION TO COMPEL AND REQUEST FOR SANCTIONS**<br><br>Complaint filed: April 12, 2024<br>Counterclaim filed: May 14, 2024<br>Trial Date: Not set |

WHEREAS, on June 19, 2025, Defendant BB8, LLC ("BB8") filed a Second Motion to Compel (Doc. No. 51), requesting that the Court compel Plaintiff Glorium Technologies Corp. ("Glorium") to supplement its responses to certain requests for production of documents and requests for admission, as detailed in the Motion;

1

WHEREAS, Glorium filed an Opposition to the Motion on July 7, 2025 (Doc. No. 52), and, notwithstanding its Opposition, indicated its willingness to provide supplemental discovery responses as set forth in the relief requested on page 17 of BB8's Motion;

WHEREAS, the parties acknowledge that requiring Glorium to provide complete and substantive responses to the outstanding discovery requests will serve the interests of judicial economy by clarifying issues in dispute and reducing the need for discovery by testimony at trial;

WHEREAS, the parties further agree that such responses will streamline the presentation of evidence, conserve court resources, and reduce trial time.

NOW, THEREFORE, the parties, through their respective counsel of record, stipulate and agree as follows:

1.      Glorium agrees to provide full and complete supplemental responses to the discovery requests identified in BB8's Motion to Compel, per the agreements made by counsel in BB8's counsel's letters of March 3, 2025 and March 20, 2025, the latter following their meet and confer conference of March 18, 2025 and as described in the prayer for relief on page 17 of BB8's Motion.  Specifically, Glorium shall:

    a.    Produce all internal communications regarding BB8, including emails, messages, and other electronically stored information.

    b.    Provide full and complete responses to RFPs 2, 143-46 organized to clearly allow for which document is being produced in response to which request, as previously agreed.

    c.    Provide full and complete responses to RFAs 131, 133, 135, and 136.

/ / / / /

/ / / / /

/ / / / /

       d.      Certify that it has conducted a reasonable and diligent search for responsive information.

2.      Glorium shall serve the supplemental responses no later than July 25, 2025.

3.      Glorium agrees that, except for assertions of attorney-client privilege or work product protection, it shall not assert new objections to the discovery requests identified in the Motion to Compel when serving its supplemental responses.

4.      To the extent any responsive documents are withheld on the basis of attorney-client privilege or work product, Glorium shall produce a privilege log identifying such documents no later than July 25, 2025.

5.      The parties agree that this stipulation authorizes and permits the production of supplemental discovery after the formal discovery cutoff, and such supplemental responses shall be deemed timely and proper.

6.      Each party shall bear its own attorneys' fees and costs with respect to the Motion to Compel and this Stipulation.

7.      This Stipulation is entered into without prejudice to BB8's right to bring a subsequent motion to compel or for evidentiary or other appropriate sanctions if Glorium fails to comply with this Stipulation, Glorium fails to respond by the above date, or BB8 believes the responses are incomplete, deficient, or otherwise inadequate, and any such motion shall not be deemed untimely or barred by the prior discovery cutoff date.

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

8.     Nothing in this Stipulation shall be deemed a waiver of any party's rights, claims, or defenses not specifically addressed herein.

9.     Upon the Court's approval of the foregoing, the motion to compel filed by BB8, LLC shall be taken off calendar.

IT IS SO STIPULATED.

Date:   July 10, 2025                              _____/s/ Matthew Kremer, Esq.____
                                                  MATTHEW KREMER, ESQ.
                                                  *Law Offices of Matthew M. Kremer*
                                                  (admitted pro hac vice)
                                                  9111 Cross Park Drive
                                                  Ste. D200
                                                  Knoxville, TN 37923
                                                  (865)459-0022
                                                  mmkremerlaw@gmail.com
                                                  *Attorney for Defendant/Counterclaimant*

Dated: July 10, 2025                              STINSON LLP/Jeffrey D. Harris, Esq.
                                                  By: _____/s/Jeffrey D. Harris, Esq.__
                                                  Jeffrey D. Harris (admitted pro hac vice)
                                                  1850 N. Central Avenue, Suite 2100
                                                  Phoenix, AZ 85004-4584
                                                  Direct: 602-212-8646
                                                  jeff.harris@stinson.com
                                                  *Attorneys for Plaintiff/Counterclaim*
                                                  *Defendant*

Based on the foregoing, IT IS HEREBY ORDERED that the Stipulation and Order Resolving Defendant BB8, LLC's Motion to Compel and Request for Sanctions (ECF No. 53) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Second Motion to Compel (ECF No. 51) is withdrawn without prejudice.

_____
UNITED STATES MAGISTRATE JUDGE

Date:  July 11, 2025