Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar #11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Ste. 200
Las Vegas, NV 89144
(702) 363-2535 / Fax (702) 363-2534

Jeffrey D. Harris, Esq. (Pro Hac Vice)
Arizona Bar No. 031136
AXIOM ADVICE & COUNSEL LLC
2850 E. Camelback Road, Suite 245
Phoenix, Arizona 85016
Telephone: (480) 697-4472
jeffrey.harris@axiomaac.com

Counsel for Plaintiff
GLORIUM TECHNOLOGIES CORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GLORIUM TECHNOLOGIES CORP., a New Jersey corporation,<br><br>                    Plaintiff,<br><br>v.<br><br><br>BB8, LLC, a Nevada limited liability company,<br><br>                    Defendants. | CASE NO. 2:24-cv-00712-JAD-EJY<br><br>**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS** |

**STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEYS**

IT IS HEREBY STIPULATED AND AGREED that the firm of SKANE MILLS shall be substituted in the place and stead of LINCOLN, GUSTAFSON & CERCOS LLP as counsel

///

1

for Plaintiff GLORIUM TECHNOLOGIES CORP.

DATED: April 29, 2026

LINCOLN, GUSTAFSON & CERCOS LLP

*/s/ Loren S. Young*

By: _____

Loren S. Young, Esq.
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com

Plaintiff GLORIUM TECHNOLOGIES CORP, hereby consents and agrees that the firm of SKANE MILLS be substituted in the place and stead of the firm of LINCOLN, GUSTAFSON & CERCOS LLP as attorney of record for said Plaintiff in the above-entitled matter.

DATED: April ___, 2026

Plaintiff GLORIUM TECHNOLOGIES CORP

By _____
Representative for
Plaintiff GLORIUM TECHNOLOGIES CORP

///

///

///

2

for Plaintiff GLORIUM TECHNOLOGIES CORP.

DATED: April ___, 2026

LINCOLN, GUSTAFSON & CERCOS LLP


By: _____
Loren S. Young, Esq.
Nevada Bar No. 7567
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone: (702) 257-1997
Facsimile: (702) 257-2203
lyoung@lgclawoffice.com


Plaintiff GLORIUM TECHNOLOGIES CORP, hereby consents and agrees that the firm of SKANE MILLS be substituted in the place and stead of the firm of LINCOLN, GUSTAFSON & CERCOS LLP as attorney of record for said Plaintifff in the above-entitled matter.

04/30/2026

DATED: April ___, 2026

Plaintiff GLORIUM TECHNOLOGIES CORP

Signed by:

Andrei Kasyanau

D408DA11E741423...

By _____

Representative for
Plaintiff GLORIUM TECHNOLOGIES CORP

///

///

///

2

IT IS HEREBY STIPULATED AND AGREED that the firm of SKANE MILLS shall be substituted in the place and stead of LINCOLN, GUSTAFSON & CERCOS LLP as counsel for Plaintiff GLORIUM TECHNOLOGIES CORP.

DATED: May 7, 2026.

SKANE MILLS LLP

*/s/ Sarai L. Brown*

By:   _____

Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar #11067)
sbrown@skanemills.com
1120 Town Center Drive, Suite 200
Las Vegas, NV 89144
(702) 363-2535 / Fax (702) 363-2534
Attorneys for Plaintiff GLORIUM
TECHNOLOGIES CORP

IT IS SO ORDERED.

Date:  May 7, 2026

_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE  JUDGE

3