Elizabeth A. Skane, Esq. (Bar #7181)
eskane@skanemills.com
Sarai L. Brown, Esq. (Bar #11067)
sbrown@skanemills.com
SKANE MILLS LLP
1120 Town Center Drive, Ste. 200
Las Vegas, NV 89144
T: (702) 363-2535

George Benaur, Esq. (Bar #021802004)
*(Admitted Pro Hac Vice)*
BENAUR LAW LLC
43 West 43rd Street, #225
New York, NY 10036
T: (609) 216-6105
george@benaurlaw.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Glorium Technologies Corp., a New Jersey corporation,<br><br>                     Plaintiff,<br><br>v.<br><br>BB8, LLC, a Nevada limited liability company,<br><br>                     Defendants. | **CASE NO. 2:24-cv-00712-JAD-EJY**<br><br>**SUBSTITUTION OF ATTORNEY** |

     Plaintiff  GLORIUM TECHNOLOGIES CORP.    hereby substitutes attorneys,    George Benaur, Esq. *(admitted pro hac vice),* of the law firm BENAUR LAW LLC, located at 43 West 43rd Street, #225, New York, NY 10036, in the above-entitled action, in place and stead of

///

///

///

1

Jeffrey D. Harris, Esq. of the law firm of   COMMON COUNSEL PLLC , located at  11471 E. Glendale Ave., Unit #2, Phoenix, AZ 85020.

DATED: ___06-10-2026___                    GLORIUM TECHNOLOGIES CORP.

Signed by:

*Andrei Kasyanau*

D408DA11E741423...

Andrei Kasyanau

Attorney  Jeffrey D. Harris , Esq.  of the law firm of     COMMON COUNSEL PLLC , hereby consents to the substitution of   George Benaur, Esq.  of the law firm   BENAUR LAW LLC, as attorneys of record for Plaintiff GLORIUM TECHNOLOGIES CORP.

DATED: ___6/9/2026___                    COMMON COUNSEL PLLC

Signed by:

*Jeffrey D. Harris*

A687D394A979486...

Jeffrey D. Harris, Esq.

Attorney George Benaur, Esq. of the law firm of  BENAUR LAW LLC , hereby consent to act as the attorney of record for        Plaintiff  GLORIUM TECHNOLOGIES CORP  ., in the above-referenced matter in the place and stead of     Jeffrey D. Harris , Esq.  of the law firm of COMMON COUNSEL PLLC.

DATED: __June 10, 2026__                    BENAUR LAW LLC

George Benaur, Esq.
*(Admitted Pro Hac Vice)*

Despite the failure to comply with Local Rule LR IA 6-2 requiring a signature block for the judge, the Substition of Counsel (ECF No. [86]) is GRANTED this 9th day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE